UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SANTIAGO GOMEZ,

        **Plaintiff,**

  - v -                                        Civ. No. 9:14-CV-1476
                                                      (TJM/DJS)

D. PERRYMAN and PAUL WOODRUFF,

        **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


# DECISION & ORDER

**I.    INTRODUCTION**

     This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Daniel J. Stewart, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).  No objections to Magistrate Judge Stewart's February 16, 2018 Report-Recommendation and Order [dkt. # 83] have been filed, and the time to do so has expired.

**II.    DISCUSSION**

     After examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.

**III.    CONCLUSION**

     Accordingly, the Court **ACCEPTS** the Report-Recommendation and Order [dkt. # 83]

for the reasons stated therein.  Defendants' Motion for Summary Judgment [dkt. # 69] is **GRANTED** and the action is **DISMISSED**.

**IT IS SO ORDERED.**

Dated:   March 12, 2018

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge